UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

August 12, 2014

UNITED STATES OF AMERICA,

v.  14-M-89

SAUL ERNESTO POLANCO-CASTILLON,

Defendant.

## SPEEDY TRIAL ORDER
## (8/11/14 - 8/14/14)

On August 11, 2014, there appeared before this Court Assistant United States Attorney Aaron J. Mango and the defendant for an initial appearance. The defendant notified the Court that he intended to hire counsel, but need additional time to secure representation. The government moved for detention at this initial appearance. The Court adjourned the proceedings until August 14, 2014, for an attorney appearance and detention hearing. The government moved, pursuant to Title 18, United States Code, Sections 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(iv), to exclude the time from August 11, 2014, to August 14, 2014.

Based upon the foregoing and for the reasons set out on the record on August 11, 2014, this Court hereby finds that an adjournment until August 14, 2014, excluding all time under the Speedy Trial Act, serves the best interests of the public and the defendant in a speedy trial, in that the defendant will be afforded the time and opportunity to review the evidence against him and to obtain and consult with counsel to seek a disposition of the charges which would inure to his benefit. Furthermore, the Court finds that the public's

interests are best served in that a possible pretrial disposition would conserve government resources and allow an expeditious resolution of this matter without the time and expense of a full trial. Accordingly, it is hereby

**ORDERED**, that the time in this action from and including August 11, 2014, to and including August 14, 2014, is properly excluded from the time within which the defendant should be indicted or otherwise charged in accordance with the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161(h)(1)(D), 3161 (h)(7)(A) and 3161(h)(7)(B)(iv), and Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that as of August 14, 2014, no days of the Speedy Trial Act time will have elapsed in this action and 30 will remain in the period within which the defendant must be indicted.

DATED:   Buffalo, New York, August ___, 2014.

_____
HON. H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE